```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

LOUIS JENKINS,                      :

    Petitioner,                    :

v.                                  :    CIVIL ACTION NO.04-00644-BH-B

STEPHEN BULLARD,                    :

    Respondent.                    :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is **ORDERED** that petitioner's petition for habeas corpus relief is hereby **DENIED**.

**DONE** this 21st day of December, 2005.

                                                   s/ W. B. Hand  
                                       SENIOR DISTRICT JUDGE