## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LOUIS JENKINS,                    :

    Petitioner,              :

v.                                :    CIVIL ACTION NO. 04-0644-BH-B

STEPHEN BULLARD,                  :

    Respondent.              :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.

**DONE** this 21st day of December, 2005.

                                                          s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE