## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LOUIS JENKINS,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 04-00644-BH-B |
| **STEPHEN BULLARD,** | : |
| Respondent. | : |
| | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice.

**DONE** this 17th day of September, 2007.

                                          s/ W. B. Hand
                                  SENIOR DISTRICT JUDGE